Filed 4/25/16  In re D.M. CA4/1

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

COURT OF APPEAL, FOURTH APPELLATE DISTRICT

DIVISION ONE

STATE OF CALIFORNIA


| | |
|---|---|
| In re D.M., a Person Coming Under the Juvenile Court Law. | D068970 |
| THE PEOPLE, | |
| Plaintiff and Respondent, | (Super. Ct. No. J232712) |
| v. | |
| D.M., | |
| Defendant and Appellant. | |


APPEAL from a judgment of the Superior Court of San Diego County, Aaron H. Katz, Judge.  Affirmed.

James R. Bostwick, Jr., under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Respondent.


In 2013 and 2014, D.M. (Minor) had multiple petitions filed against him alleging offenses for unrelated incidents.  One 2013 petition (G3257) alleged that he had violated

Penal Code sections 243.6 and 243.2, subd. (a)(1). The petition was soon dismissed, conditioned on Minor's payment of restitution.

In May 2014, while still on probation for a prior offense, a new petition (G6786) was filed against Minor relating to a residential burglary. He admitted to attempted burglary of an inhabited dwelling (Pen. Code, §§ 459, 460, 664, 667.5, subd. (c)(21)); was continued a ward of the juvenile court; and placed on probation. In 2015, the court found that Minor had satisfactorily completed the terms of his probation for the offense alleged in G6786, dismissed the petition, and sealed all records pertaining to it. Under Welfare and Institutions Code section 786, he also moved to seal the records relating to G3257, which the court denied. Minor filed a notice of appeal from the order denying his motion to seal the records of petition G3257.

Appellate counsel has filed a brief pursuant to *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*) and *Anders v. California* (1967) 368 U.S. 738 (*Anders*) raising a possible, but not arguable issue. Counsel asks this court to review the record for error as mandated by *Wende*. We offered Minor the opportunity to file his own brief on appeal, but he has not responded.[1]

### DISCUSSION

As we have noted, appellate counsel has not identified any reasonably arguable issues for reversal on appeal. Pursuant to *Wende, supra,* 25 Cal.3d 436, we have engaged in a review of the record for error. Pursuant to *Anders*, *supra*, 386 U.S. 738, appellate

---

[1] The facts of the underlying offenses are not relevant to the analysis of possible error based on this record. Therefore, we omit the traditional statement of facts.

2

counsel has identified the following possible, but not arguable issue to assist our review of the record: "Did the juvenile court err in denying [Minor's] motion to seal petition [G3257]? . . . (Welf. & Inst. Code, § 786.)"

We have reviewed the entire record in accordance with *Wende, supra,* 25 Cal.3d 436 and *Anders, supra,* 368 U.S. 738, including the issue suggested by counsel. We find the court properly denied Minor's request to seal records pertaining to G3257, and we have not found any other reasonably arguable appellate issues.

Competent counsel has represented Minor in this appeal.

## DISPOSITION

The order denying Minor's motion to seal the records pertaining to petition G3257 is affirmed.

HALLER, Acting P. J.

WE CONCUR:

McDONALD, J.

IRION, J.